

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00396-CV

**BEXAR APPRAISAL DISTRICT**,
Appellant

v.

**SHRI KUBER, INC.** D/B/A Candlewood Suites,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-25343
Honorable Elizabeth Martinez, Judge Presiding

PER CURIAM

Sitting:      Lori Massey Brissette, Justice
              Adrian A. Spears II, Justice
              H. Todd McCray, Justice

Delivered and Filed: August 5, 2026

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

On June 30, 2026, appellant filed a motion to voluntarily dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion.

We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not indicate that the parties agreed otherwise, costs of appeal are taxed against appellant. *See id.* R. 42.1(d).

PER CURIAM